**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
Aaron M. Bender, Esq.
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Tel: (609) 987-0050
*Attorneys for Defendants HSBC Bank, National Association,*
*as Trustee for Wells Fargo Assets Securities Corporation,*
*Mortgage Pass-Through Certificates, Series 2007-11 and Wells Fargo Bank, N.A.*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| IN RE:<br><br>SUNG HO MO,<br><br>Debtor. | Chapter 11<br><br>Case Number: 22-14796-VFP<br><br>Judge: The Hon. Vincent F. Papalia<br><br>Adversary Number: 22-01186-VFP |
| SUNG HO MO,<br><br>Plaintiff/Debtor,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-11 and WELLS FARGO BANK, N.A.,<br><br>Defendants/Creditors. | **Hearing Date: September 7, 2022**<br>**Response Due: August 31, 2022** |

## NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING

Defendants HSBC Bank, National Association, as Trustee for Wells Fargo Assets Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-11 and Wells Fargo Bank, N.A. (collectively, "Defendants") have filed their Motion to Dismiss Plaintiff's Amended Complaint (the "Motion"), for failure, as a matter of law, to state a cause of action against Defendants upon which relief may be granted. By the Motion, Defendants seek entry of an Order dismissing Plaintiff's Amended Complaint and the instant Adversary Proceeding, with prejudice.

**Your rights may be affected. You should read these papers carefully and** discuss them with your attorney, if you have one in this bankruptcy case. **(If you do not have an attorney, you may wish to consult an attorney.)**

If you do not want the court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before August 31, 2022, you or your attorney must do all of the following:

1. File an answer explaining your position at:

United States Bankruptcy Court
The Hon. Vincent F. Papalia. U.S.B.J.
50 Walnut Street
Newark, New Jersey 07102
Courtroom 3D
(973)746-7476 and;

2. Mail a copy to the movants' attorneys:

Aaron M. Bender, Esquire

**REED SMITH LLP**
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Tel: (609) 987-0050
abender@reedsmith.com

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

If you or your attorney do not take the steps described in paragraphs above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

A hearing on the Motion is scheduled to be held before the Honorable Judge Vincent F. Papalia, U.S.B.J. on September 7, 2022 at a time to be set by the court in United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102.

If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 2.

You may contact the Bankruptcy Clerk's office at (609) 989-2129 to find out whether the hearing has been canceled because an answer has not been filed.

**REED SMITH LLP**

*/s/Aaron M. Bender*
Aaron M. Bender, Esq.
**Reed Smith LLP**
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Tel: (609) 987-0050

abender@reedsmith.com
*Attorneys for Defendants*

Dated: August 1, 2022