**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
Aaron M. Bender, Esq.
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Tel: (609) 987-0050
*Attorneys for Defendant/Creditor HSBC Bank, National Association, as Trustee for Wells Fargo Assets Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-11 and Wells Fargo Bank, N.A.*

| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| IN RE:<br><br>SUNG HO MO,<br><br>Debtor. | Chapter 11<br><br>Case Number: 22-14796-VFP<br><br>Judge: The Hon. Vincent F. Papalia<br><br>Adversary Number: 22-01186-VFP |
| SUNG HO MO,<br><br>Plaintiff/Debtor,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-11 and WELLS FARGO BANK, N.A.,<br><br>Defendants/Creditors. | **Hearing Date: September 7, 2022**<br>**Response Due: August 31, 2022**<br><br>**CERTIFICATION OF AARON M. BENDER, ESQ.** |

I, AARON M. BENDER, of full age, hereby certifies as follows:

1. I am an attorney licensed to practice in the State of New Jersey and United States District Court for the District of New Jersey, and an attorney with the law firm of Reed Smith LLP, attorneys for Defendants HSBC Bank, National Association, as Trustee for Wells Fargo Assets Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-11 and Wells Fargo Bank, N.A. (collectively, "Defendants") in this matter.

2. I have personal knowledge of the facts set forth herein.

3. I make this Certification in support of Defendants' Motion to Dismiss Plaintiff/Debtor Sung Ho Mo's ("Debtor") Amended Complaint in this Adversary Proceeding.

4. True and correct copies of the Final Judgment and Statement of Reasons entered on June 10, 2022 in the New Jersey Superior Court, Chancery Division, Passaic County, under Docket No. F-7302-16 (the "Foreclosure Action"), are attached hereto as **Exhibit 1**.

5. A true and correct copy of the Foreclosure Complaint filed on March 14, 2016 in the Foreclosure Action is attached hereto as **Exhibit 2**.

6. A true and correct copy of the Foreclosure Case Summary with respect to the Foreclosure Action is attached hereto as **Exhibit 3**.

7. A true and correct copy of the United States District Court, District of

New Jersey docket report with respect to Case No. 2:20-cv-02529-KM-ESK is attached hereto as **Exhibit 4**.

8. A true and correct copy of the United States District Court, District of New Jersey docket report with respect to Case No. 2:21-cv-20364-KM-ESK is attached hereto as **Exhibit 5.**

9. A true and correct copy of the United States District Court, District of New Jersey docket report with respect to Case No. 2:21-cv-20314-KM-ESK is attached hereto as **Exhibit 6.**

10. A true and correct copy of Debtor's correspondence to the Hon. Kevin McNulty, U.S.D.J., which was filed on July 6, 2022 under Case No. 2:20-cv-02529, is attached hereto as **Exhibit 7**.

11. True and correct copies of the Order and Statement of Reasons denying Debtor's Motion to Dismiss and for Sanctions, which were entered on May 12, 2022 in the Foreclosure Action, are attached hereto as **Exhibit 8**.

12. True and correct copies of the Order and Statement of Reasons denying Debtor's Motion Reconsideration to Stay the Proceedings, which were entered on May 11, 2022 in the Foreclosure Action, are attached hereto as **Exhibit 9**.

13. A true and correct copy of the Order, entered by the Hon. Edward S. Kiel, U.S.M.J. on July 27, 2022, staying and administratively terminating, without prejudice, all actions filed by Debtor in the United States District Court of New

Jersey, is attached hereto as **Exhibit 10**.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 1, 2022

**REED SMITH LLP**

*/s/ Aaron M. Bender*
Aaron M. Bender