**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
Aaron M. Bender, Esq.
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Tel: (609) 987-0050
*Attorneys for Defendant/Creditor HSBC Bank, National Association, as Trustee for Wells Fargo Assets Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-11 and Wells Fargo Bank, N.A.*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| IN RE:<br><br>SUNG HO MO,<br><br>Debtor. | Chapter 11<br><br>Case Number: 22-14796-VFP<br><br>Judge: The Hon. Vincent F. Papalia<br><br>Adversary Number: 22-01186-VFP |
| SUNG HO MO,<br><br>Plaintiff/Debtor,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-11 and WELLS FARGO BANK, N.A.,<br><br>Defendants/Creditors. | **Hearing Date: September 7, 2022**<br>**Response Due: August 31, 2022** |

**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

The relief set forth on the following page is **ORDERED**;

This matter having been opened to the Court by Reed Smith LLP, as counsel for Defendants HSBC Bank, National Association, as Trustee for Wells Fargo Assets Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-11 and Wells Fargo Bank, N.A. (collectively, "Defendants"), by motion for an Order dismissing Plaintiffs' Amended Complaint, with prejudice, and the court having considered the papers filed and the arguments presented, and for good cause shown,

**IT IS** on this________day of___________________, 2022

**ORDERED** that Defendants' Motion to Dismiss is hereby granted, and it is further;

**ORDERED** that Plaintiff's Amended Complaint is hereby dismissed, with prejudice, and it is further;

**ORDERED** that the instant Adversary Proceeding is hereby dismissed, with prejudice.

___________________________________
The Hon. Vincent F. Papalia, U.S.B.J.