**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
Aaron M. Bender, Esq.
506 Carnegie Center, Suite 300
Princeton, New Jersey 08540
Tel: (609) 987-0050
*Attorneys for Defendants HSBC Bank, National Association,*
*as Trustee for Wells Fargo Assets Securities Corporation,*
*Mortgage Pass-Through Certificates, Series 2007-11 and Wells Fargo Bank, N.A.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

| | |
|---|---|
| IN RE:<br><br>SUNG HO MO,<br><br>Debtor. | Chapter 11<br><br>Case Number: 22-14796-VFP<br><br>Judge: The Hon. Vincent F. Papalia<br><br>Adversary Number: 22-01186-VFP |
| SUNG HO MO,<br><br>Plaintiff/Debtor,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-11 and WELLS FARGO BANK, N.A.,<br><br>Defendants/Creditors. | **Hearing Date: September 7, 2022**<br>**Response Due: August 31, 2022**<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on this date, I caused to be filed, via electronic filing, the following documents with the United States Bankruptcy Court for the District of New Jersey:

1. Notice of Defendants' Motion to Dismiss Debtor's Amended Adversary Complaint;
2. Memorandum of Law in Support of Defendants' Motion to Dismiss Debtor's Amended Adversary Complaint;
3. Certification of Aaron M. Bender, Esq., with exhibits;
4. Proposed Order; and
5. This Certification of Service.

I hereby further certify that on this date, I caused a courtesy copy of the foregoing documents to be sent via Overnight Mail to:

The Honorable Vincent F. Papalia U.S.B.J.
United States Bankruptcy Judge
District of New Jersey
50 Walnut Street, Courtroom 3D
Newark, New Jersey 07102

I hereby further certify that on this date, I caused copies of the foregoing documents to be served via Overnight, Regular, and Certified Mail on:

Sung Ho Mo
23 Independence Trail
Totowa, NJ 07512
*Pro Se Plaintiff*

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 1, 2022

**REED SMITH LLP**

*/s/ Aaron M. Bender*
Aaron M. Bender